UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 99PEOPLE, INC. et al, ) | Case No. 5:13-cv-05995-PSG |
| Plaintiffs, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| ERIC H. HOLDER, et al., ) | |
| Defendants. ) | |

On March 14, 2014, the court entered an order holding this action in abeyance pending review of the I-129 petition at issue.[1] In that order, the court held that if the petition was again denied and the denial was affirmed by the Administrative Appeals Office of the United States Citizenship and Immigration Service, Plaintiff must file an amended complaint within 21 days.

On October 3, 2014, Defendants informed the court that the petition was against denied and that the AAO affirmed. To date, no amended complaint has been filed. Plaintiff therefore shall show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall comply with this order within 14 days.

---

[1] *See* Docket No. 15.

1

Case No. 5:13-cv-05995-PSG
ORDER TO SHOW CAUSE

**SO ORDERED.**

Dated: December 3, 2014

                                          _____
                                          PAUL S. GREWAL
                                          United States Magistrate Judge