United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| 99PEOPLE, INC. et al., <br><br>              Plaintiffs, <br><br>      v. <br><br> ERIC H. HOLDER, et al., <br><br>              Defendants. | Case No. 5:13-cv-05995-PSG <br><br> **ORDER OF DISMISSAL** |

In its December 3, 2014 order,[1] due to Plaintiff's failure to file an amended complaint, the court ordered that Plaintiff show cause or face dismissal. Having received no response, the court now dismisses this case for failure to prosecute. The Clerk shall close the file.

**SO ORDERED.**

Dated: February 13, 2015

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 17.